# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT E. HICKS,  )
         Plaintiff,  )
           )  2:11-cv-01412-PMP-CWH
vs.  )
           )  **ORDER**
STATE OF NEVADA, *et al.*,  )
         Defendants.  )

Plaintiff has submitted a *pro se* civil rights complaint. (ECF No. 1.) Plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350.00 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an application to proceed *in forma pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

/ / /

/ / /

1 **IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff a copy of his initiating documents (ECF No. 1).

3 **IT IS FURTHER ORDERED** that the clerk **SHALL ENTER** judgment accordingly and close this case.

6 DATED:  November 8, 2011.

_____
PHILIP M. PRO
United States District Judge